CHARLES VIGNO, an Incompetent Person, by His Committee, TERESA VIGNO, Appellant, v. PROCTOR & GAMBLE MANUFACTURING COMPANY, Respondent.— Order on reargument dismissing the complaint under rule 107, subdivision 6, of the Rules of Civil Practice, on the ground that the alleged action was barred by the Statute of Limitations, affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Hagarty, Carswell, Davis and Adel, JJ., concur.

HOWARD WILLIAMS, Respondent, v. A. HOLLANDER & SON, INC., and ATLAS FUR DRESSING & DYEING Co., INC., Appellants.— Order granting a preference in the trial of a personal injury action reversed on the law and the facts, with ten dollars costs and disbursements, and motion denied, without costs. Since the plaintiff and the defendants are not residents of Orange county, in which the venue is laid, the plaintiff may not have a preference granted to him. (*Caulfield* v. *Weil*, 232 App. Div. 828; *Kupfer* v. *E. A. White Organization, Inc.*, 230 id. 731; *Defina* v. *Lehigh Valley Railroad Company*, 211 id. 870; *Chopak* v. *Olvany*, 235 id. 743.) The defendants, being foreign corporations, are not residents of Orange county even though they possess a certificate authorizing them to do business in the State. (*Remington & Sherman Co.* v. *Niagara Bank*, 54 App. Div. 358.) The rule that a railroad corporation (foreign or domestic) may be sued in any county through which its railroad is operated is confined to railroad corporations. (*General Baking Co.* v. *Daniell*, 181 App. Div. 501; *Polley* v. *Lehigh Valley Railroad Co.*, 138 id. 636; *Poland* v. *United Traction Co.*, 88 id. 281.) Lazansky, P. J., Hagarty, Carswell, Davis and Adel, JJ., concur.

BERNARD A. ZINIS and PETRONELLA ZINIS, Respondents, v. SIMON POCIUNAS, MARGARET POCIUNAS, JOHN MARCIN and MATILDA MARCIN, Appellants.— Order opening plaintiffs' default in appearing upon a hearing before an official referee and vacating an order of said official referee that assumed to impose terms for the opening of said default in appearing on a reference to hear and report affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Hagarty, Carswell, Davis and Adel, JJ., concur.

## (December 30, 1936.)

MARY CARNELLA, Appellant, v. CHARLES DI LEONARDO and Others, Defendants; WILLIAM R. DELANY, Purchaser-Respondent.— Appeal by plaintiff from so much of an order of the Special Term, Queens county, as denies her motion to compel the purchaser to complete the purchase of the premises under foreclosure. Order in so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Hagarty, Carswell, Davis and Adel, JJ., concur.